8 F.3d 822
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
George H. VAN WAGNER, III, Plaintiff-Appellant,
and
Anthony Rish; John McMahon; Larry Dolph, Plaintiffs,
v.
Sally JOHNSON, in her official capacity as Associate Warden
of Mental Health Services and Head of United States Public
Health Services at Butner, North Carolina, Federal
Correctional Institution, and individually; Cathy Hicks, in
her official capacity as Unit Manager, Butner, North
Carolina, Federal Correctional Institution, and
individually; Jim King, in his official capacity as Case
Manager at Butner, North Carolina, Federal Correctional
Institution, and individually; Wilber LeMay, in his
official capacity as Counselor at Butner, North Carolina,
Federal Correctional Institution, and individually; Michael
J. Quinlan, in his official capacity as Director of the
Bureau of Prisons, and individually; United States of
America; Kenneth W. Starr, in his official capacity as
Solicitor General, and individually, Defendants-Appellees.
 No. 93-6533.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: September 27, 1993.
Decided: October 26, 1993.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.
 George H. Van Wagner, III, Appellant Pro Se.
 Paul Martin Newby, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.
 E.D.N.C.
 DISMISSED.
 Before RUSSELL and MURNAGHAN, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 The Appellants, three federal inmates involved in a Bivens* action, seek to appeal the district court's order denying their request to file an interlocutory appeal from an earlier order preventing the exchange of mail between federal institutions, and partially dismissing the Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971)